UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Kwality Foods LLC,

                Plaintiff(s),                      24 cv 3260 (PKC)

    -against-                                ORDER

Babco Foods International LLC; et al.,

                Defendant(s).

_____

CASTEL, U.S.D.J.

        Service and filing of the amended complaint and joinder of third parties (ECF 103) is stayed until April 18, 2025. This, as of course, stays the time for any amended answer and counterclaim. The action will be referred to mediation. See joint letter of February 14, 2025. (ECF 104). The conference for May 16 remains as scheduled.

        SO ORDERED.

                                                  P. Kevin Castel
                                                 United States District Judge

Dated: New York, New York
         February 18, 2025